NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRUCE J. BISHOP, JR.,                    )
                                         )
                Appellant,               )
                                         )
v.                                       )        Case No. 2D16-5501
                                         )
ROBIN Y. BISHOP,                         )
                                         )
                Appellee.                )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Ralph C. Stoddard, Judge.

Ralph P. Mangione of Burr & Forman, LLP,
Tampa, for Appellant.

Allison M. Perry of Florida Appeals &
Mediations, P.A., Tampa; and Chris E.
Ragano of The Law Firm of Chris E.
Ragano, P.A., Tampa, for Appellee.


PER CURIAM.


        Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.